UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                          CASE NO.: 16-25796-BKC-AJC
                                                                                PROCEEDING UNDER CHAPTER 13

ARNALDO GONZALEZ

DEBTOR_____/

## TRUSTEE'S MOTION TO DISMISS AND
## CERTIFICATE OF SERVICE OF NOTICE OF HEARING

**COMES NOW** Nancy K. Neidich, Standing Chapter 13 Trustee, and files her Motion to Dismiss pursuant to 11 U.S.C. Section 1307(c) for the reasons set forth below:

1. Material change prejudicial to creditors in payment terms resulting from unscheduled, unlisted, or improperly listed tax or other claims.

2. The Trustee faxed to the counsel of record a letter requesting the issue be addressed. *See* attached letter with fax confirmation.

   WHEREFORE, the Trustee requests the case be dismissed for failure to address the issue stated therein.

   **I CERTIFY** that a true and correct copy of the foregoing Trustee's Motion to Dismiss and Notice of Hearing was mailed to those parties listed below on ___AUGUST 14, 2017___.

                                                        NANCY K. NEIDICH, ESQUIRE
                                                        STANDING CHAPTER 13 TRUSTEE
                                                        P.O. BOX 279806
                                                        MIRAMAR, FL 33027-9806

                                                        By: /s/ _____
                                                        ☐ Adisley Cortez-Rodriguez, Esq.
                                                           FLORIDA BAR NO: 0091727
                                                        ☐ Amy Carrington, Esq.
                                                           FLORIDA BAR NO: 101877
                                                        ☒ Jose Ignacio Miceli, Esq.
                                                           FLORIDA BAR NO: 0077539

NOTICE OF HEARING AND TRUSTEE'S MOTION TO DISMISS
CASE NO.:  16-25796-BKC-AJC

## CERTIFICATE OF SERVICE

**COPIES FURNISHED TO:**

NANCY K. NEIDICH
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL  33027-9806

**By Mail:**
**DEBTOR**
ARNALDO GONZALEZ
290 E 38 TH ST
HIALEAH, FL  33013

**Via Electronic Service:**
**ATTORNEY FOR DEBTOR**
RICARDO R. CORONA, ESQ.
3899 NW 7 STREET
# 202-B
MIAMI, FL  33126

```
06/15/2017 THU 13:33        FAX                                              ☒001
```

```
                    ********************
                    *** FAX TX REPORT ***
                    ********************

                    TRANSMISSION OK

        JOB NO.                 0121
        DESTINATION ADDRESS     18885545607
        SUBADDRESS
        DESTINATION ID          CORONA, RICARDO
        ST. TIME                06/15 13:33
        TX/RX TIME              00'19
        PGS.                    1
        RESULT                  OK
```

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
Southern District of Florida

---

NANCY K. NEIDICH, TRUSTEE
P.O. Box 279806
Miramar, Florida 33027
(954) 443-4402
Facsimile: (954) 443-4452

06/09/2017

To: RICARDO R. CORONA, ESQ'

Re: ARNALDO GONZALEZ         Case: 16-25796-AJC

Dear RICARDO R. CORONA, ESQ

The Trustee has recommended confirmation of a Plan in the above-referenced case based upon your assurance that the creditor had agreed to the Debtor's treatment of its collateral.

Creditor:

Plan fails to provide for 100% of allowed unsecured claims

The Debtor is directed to either file a Motion to Modify the Confirmed Plan to include the amount listed in the Proof of Claim, or an Objection to the Proof of Claim within twenty (20) days of this and the Trustee may file a Motion to Dismiss this case with prejudice for six (6) months.

Very truly yours,

Claims Administrator